UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

L<small>AUREN</small> K<small>ERESI</small>,

       Plaintiff,

v.

C<small>OMMISSIONER OF</small> S<small>OCIAL</small> S<small>ECURITY</small>,

       Defendant.

_____/

Case No. 15-12675

S<small>ENIOR</small> U.S. D<small>ISTRICT</small> J<small>UDGE</small>
A<small>RTHUR</small> J. T<small>ARNOW</small>

U.S. M<small>AGISTRATE</small> J<small>UDGE</small>
P<small>ATRICIA</small> T. M<small>ORRIS</small>

**O<small>RDER</small> A<small>DOPTING</small> R<small>EPORT AND</small> R<small>ECOMMENDATION</small> [14]; D<small>ENYING</small> P<small>LAINTIFF'S</small> M<small>OTION FOR</small> S<small>UMMARY</small> J<small>UDGMENT</small> [11]; <small>AND</small> G<small>RANTING</small> D<small>EFENDANT'S</small> M<small>OTION FOR</small> S<small>UMMARY</small> J<small>UDGMENT</small> [12]**

Plaintiff seeks judicial review of an Administrative Law Judge's denial of her application for child's insurance benefits and supplemental security income. On May 20, 2016, the Magistrate Judge issued a Report and Recommendation [Dkt. #14] on the parties' motions for summary judgment [11, 12]. Neither party has filed any objection to the Report and Recommendation.

The Court having reviewed the record, the Report and Recommendation [14] is hereby **ADOPTED** and entered as the findings and conclusions of the Court. Accordingly,

1

**IT IS ORDERED** that Plaintiff's Motion for Summary Judgment [11] is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment [12] is **GRANTED**.

**SO ORDERED**.

|  |  |
|---|---|
| | s/Arthur J. Tarnow |
| | Arthur J. Tarnow |
| Dated:  August 4, 2016 | Senior United States District Judge |